UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------- X
SANDEEP DALAL               :
         Plaintiff,   :
   v.                        :
                              : Case No.: 06-1061-EGS
GOLDMAN, SACHS & CO.,        :
         Defendant.    :
                              :
                              :
------------------------------- X

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of the undersigned as counsel of record for defendant Goldman, Sachs & Co.

Dated: October 23, 2006

                                                        Respectfully submitted,

                                                      /s/ Jordan T. Razza
                                                    Jordan T. Razza (D.C. Bar No. 489479)
                                                    SULLIVAN & CROMWELL LLP
                                                    1701 Pennsylvania Avenue, N.W.
                                                    Washington, D.C. 20006
                                                    (202) 956-7500