CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Sandeep Dalal, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs   Plaintiff | ) | Civil Action No. 06-1061 |
| | ) | |
| Goldman, Sachs & Co., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Goldman, Sachs & Co.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Goldman, Sachs & Co.__ which have any outstanding securities in the hands of the public:

None. Goldman, Sachs & Co. has no parent corporation, nor does any entity hold 10% or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

489479
BAR IDENTIFICATION NO.

Jordan T. Razza
Print Name

1701 Pennsylvania Avenue, N.W.
Address

Washington        D.C.        20006-5805
City                State           Zip Code

(202) 956-7500
Phone Number