UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SANDEEP DALAL, :
:
                Plaintiff, :
    v. :   No.: 06-1061-EGS
:
GOLDMAN, SACHS & CO., :
:
                Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION OF GOLDMAN, SACHS & CO.
## TO DISMISS THE PURPORTED COMPLAINT

PLEASE TAKE NOTICE that defendant Goldman, Sachs & Co. hereby moves this Court to enter an order dismissing plaintiff's purported complaint—which is in fact a motion under the Federal Arbitration Act ("FAA") to modify an arbitration award—on the grounds that the motion is barred by the FAA's three-month statute of limitations and that plaintiff has set forth no basis for modification of the arbitration award. For the reasons more fully set forth in the accompanying memorandum, which is incorporated by reference, Goldman, Sachs & Co. respectfully requests that this Court enter an order denying plaintiff's motion and dismissing his purported complaint with prejudice.

Dated: October 23, 2006
       New York, New York

Of Counsel:

Robin D. Fessel
Lisa M. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

                _/s/_____
                Jordan T. Razza
                SULLIVAN & CROMWELL LLP
                1701 Pennsylvania Avenue, N.W.
                Washington, D.C. 20006-5805

                *Counsel for Goldman, Sachs & Co.*