UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
SANDEEP DALAL,                   :
                                 :
            Plaintiff,           :
      v.                         :      No.: 06-1061-EGS
                                 :
GOLDMAN, SACHS & CO.,            :
                                 :
            Defendant.           :
                                 :
---------------------------------x

JORDAN T. RAZZA declares:

1. I am associated with the law firm of Sullivan & Cromwell LLP and am a member of the bar of this Court.

2. I make this declaration in support of the Memorandum of Goldman Sachs & Co. in Support of its Motion to Dismiss the Purported Complaint.

3. Sullivan & Cromwell LLP ("Sullivan & Cromwell") received the "Complaint" filed by Sandeep Dalal ("Dalal"), in which Dalal sets forth his motion to modify an Award issued by the New York Stock Exchange ("NYSE"), on October 3, 2006 by Express Mail. The "Complaint" apparently had been mailed to Sullivan & Cromwell the day before, October 2, 2006.

4. Attached as Exhibit A is a true and correct copy of the Statement of Claim Dalal filed against Goldman, Sachs & Co. ("Goldman Sachs") with the New York Stock Exchange on or about October 11, 2004.

5. Attached as Exhibit B is a true and correct copy of the Award dated November 25, 2005 and the NYSE's transmittal letter dated December 7, 2005.

-2-

6. Attached as Exhibit C is a true and correct copy of a letter dated December 1, 2005 from Dalal to the NYSE.

7. Attached as Exhibit D is a true and correct copy of a letter dated January 20, 2006 from the NYSE to Dalal and Goldman Sachs' counsel enclosing a revised Award.

8. Attached as Exhibit E is a true and correct copy of a letter dated February 8, 2006 from Dalal to the NYSE.

9. Attached as Exhibit F are true and correct copies of a letter dated February 13, 2006 from the NYSE to Goldman Sachs' counsel and counsel's response dated February 22, 2006.

10. Attached hereto as Exhibit G is a true and correct copy of a letter from the NYSE to Dalal and Goldman Sachs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: October 23, 2006

_____
Jordan T. Razza