

**NYSE**

New York Stock Exchange, Inc.
20 Broad Street
New York, NY 10005

David L. Carey

Tel: (212) 656-6468
Fax: (212) 656-2727
dlcarey@nyse.com

Record

015125/0060

December 7, 2005

RE:   Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
      NYSE Docket #2004-015821

**TO THE PARTIES:**
Robin Fessel Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Respondent Representative

Sandeep Dalal
The Observatory of Georgetown
2111 Wisconsin Avenue, NW
Washington, DC 20007
Claimant Representative

Enclosed please find the decision in the above matter. In the near future the Exchange will send the parties a revised award indicating the arbitrators decision on the claimants request to withhold his name from the public version of the award.

The forum fees are assessed:

|  | Date | Claimant Fees | Respondent Fees |
|---|---|---|---|
| For Hearing Fees: | 11/1/05 to 11/14/05 | $3000.00 | $3000.00 |
| For Pre-Hearing Conference(s) on: | 6/28/05 10/25/05 | $450.00 | $450.00 |
| For Adjourned Dates: |  |  |  |
| Less Hearing Deposit, if any: |  | $1000.00 |  |
| Total |  | $2450.00 | $3450.00 |

**No amounts are payable at this time. The Exchange will bill the parties directly.**

Sincerely,

David L. Carey

:ws

# NYSE

New York Stock Exchange
In the Matter of Arbitration Between

**Case:** Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
**Docket Number:** 2004-015821

**Attorneys:**

**For Claimant(s):**
  Sandeep Dalal - Washington, DC

**For Respondent(s):**
  Robin D. Fessel - New York, NY

**Date Filed:** 11/3/2004            **First Scheduled:** 06/28/2005
                                      **Decided:**  11/25/05

**Case Summary:** Non-member, claimant, alleges a breach of contract claim for $238,000 based on the cancellation of his employer firm's Restricted Stock Units, and a claim for $375,000 based on quantum meruit for failure to pay a bonus in 1999, and seeks punitive damages based on breach of the covenant of good faith and fair dealing.

**Product:**                                **Market:**

**Claim Data:**                             **Award Data:**
  Claim:      $613,000.00                     Award:       $25,000.00
  Punitive:   UNSPECIFIED                     Punitive:    $0.00
  Atty Fees:  UNSPECIFIED                     Atty Fees:   $0.00
  Deposit:    $1,000.00                       Costs:       $0.00
Forum Fees: $6,900.00

Case: Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
Docket Number: 2004-015821

---

Decision: The undersigned arbitrator(s) have decided and determined that in full and final settlement of all claims between the parties that:

The Statement of Claim against Kevin Whitney is dismissed. Respondent Goldman Sachs & Co., Inc. shall pay to Claimant Sandeep Dalal $25,000.00 as an award on the Statement of Claim. NYSE forum fees of $6,900.00 are assessed against the parties equally.

---

Remarks:

---

The undersigned arbitrators hereby affirm that they have executed this instrument which is their award:

Arbitrators: (D = Dissents)       Signatures:
  Dennis W. McLeavey
  Morris J. Levin
  Stephanie Jean Malevich

City, State: Washington, DC       Date: 11/25/05

---

Sessions: 6
Hearing Dates:
  11/01/2005, (1)
  11/02/2005, (2)
  11/03/2005, (2)
  11/04/2005, (1)

ARB NOV 28, 2005 PM 12:23:53