New York Stock Exchange, Inc.
20 Broad Street
New York, NY 10005

David L. Carey

Tel: (212) 656-6468
Fax: (212) 656-2727
dlcarey@nyse.com

**NYSE**

*015125/0060*

January 20, 2006

RE:    Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
       NYSE Docket #2004-015821

TO THE PARTIES:
Robin Fessel Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Respondent Representative

Sandeep Dalal
The Observatory of Georgetown
2111 Wisconsin Avenue, NW
Washington, DC 20007
Claimant Representative

Attached is the award in the above matter with the revised Remarks section.

Sincerely,

David L. Carey

:ws

Enclosure

# ∎ NYSE

New York Stock Exchange
In the Matter of Arbitration Between

---

**Case:** Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
**Docket Number:** 2004-015821

---

**Attorneys:**

**For Claimant(s):**
  Sandeep Dalal - Washington, DC

**For Respondent(s):**
  Robin D. Fessel - New York, NY

---

**Date Filed:** 11/3/2004        **First Scheduled:** 06/28/2005
                                 **Decided:**       11/25/2005

---

**Case Summary:** Non-member, claimant, alleges a breach of contract claim for $238,000 based on the cancellation of his employer firm's Restricted Stock Units, and a claim for $375,000 based on quantum meruit for failure to pay a bonus in 1999, and seeks punitive damages based on breach of the covenant of good faith and fair dealing.

---

**Product:**                     **Market:**

---

| Claim Data: | | Award Data: | |
|---|---|---|---|
| Claim: | $613,000.00 | Award: | $25,000.00 |
| Punitive: | UNSPECIFIED | Punitive: | $0.00 |
| Atty Fees: | UNSPECIFIED | Atty Fees: | $0.00 |
| Deposit: | $1,000.00 | Costs: | $0.00 |

**Forum Fees:** $6,900.00

**Case:** Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
**Docket Number:** 2004-015821

---

**Decision:** The undersigned arbitrator(s) have decided and determined that in full and final settlement of all claims between the parties that:

The Statement of Claim against Kevin Whitney is dismissed. Respondent Goldman Sachs & Co., Inc. shall pay to Claimant Sandeep Dalal $25,000.00 as an award on the Statement of Claim. NYSE forum fees of $6,900.00 are assessed against the parties equally.

---

**Remarks:** Pursuant to the parties' agreement and the arbitrators' approval, the name of the claimant will not appear on the publicly available version of the award.

---

The undersigned arbitrators hereby affirm that they have executed this instrument which is their award:

**Arbitrators:** (D = Dissents)            **Signatures:**
  Dennis W. McLeavey
  Morris J. Levin
  Stephanie Jean Malevich

**City, State:** Washington, DC            **Date:** 11/25/2005

---

**Sessions:** 6
**Hearing Dates:**
  11/01/2005, (1)
  11/02/2005, (2)
  11/03/2005, (2)
  11/04/2005, (1)

ARB JAN20,2006 PM 2:15:59