# Memorandum

**NYSE**

New York Stock Exchange, Inc.
20 Broad Street
New York, NY 10005

Fax: 212-646-2727
Work: 212-656-6468

**Date:** February 13, 2006

**To:** Sandeep Dalal
(202) 342-1205

Robin Fessel
(212) 558-3588

**From:** David Carey

**Fax Tel:** 212-656-2727

**Pages:** 0 to follow

**Re:** 2004-015821

**Dalal v. Goldman Sachs**

The Exchange has received a request to modify the award in the above matter from the claimant dated Feb. 9, 2006.

By way of this letter, I am asking Respondent to reply to the request to modify within 10 days from the date of receipt of this letter.

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 22, 2006

<u>By Facsimile</u>

Mr. David Carey,
   NYSE Arbitration Department,
      20 Broad Street,
         Fifth Floor,
           New York, NY 10005.

      Re: <u>Dalal v. Goldman, Sachs & Co.; No. 2004-015821</u>

Dear Mr. Carey:

      I write on behalf of Goldman, Sachs & Co. to oppose Mr. Dalal's application for a revision of the Panel's award. As Mr. Dalal expressly acknowledged at the hearing, he had a full opportunity to present his case. Mr. Dalal's application, which consists of nothing more than arguments he made at the hearing, offers no basis whatsoever for modification of the Award. Mr. Dalal's application should be dismissed.

      Very truly yours,

      Robin D. Fessel

cc: Sandeep Dalal