

**David L. Carey**
*Chief Arbitration Counsel*

New York Stock Exchange, Inc.
20 Broad Street
New York, NY 10005

Tel: (212) 656-6468
Fax: (212) 656-2727
dlcarey@nyse.com

March 9, 2006

RE: Sandeep Dalal v. Kevin Whitney and Goldman Sachs & Co.
NYSE Docket #2004-015821

TO THE PARTIES:

Sandeep Dalal
The Observatory of Georgetown
2111 Wisconsin Avenue, NW
Washington, DC 20007
Claimant Representative

Robin Fessel, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Respondent Representative

TO THE ARBITRATORS:

Dennis McLeavey Jr.
Charlottesville, VA 22903-0668
Member, Non-Securities Panel

Morris Levin, Esq.
Washington, DC 20036
Member, Non-Securities Panel

Stephanie Malevich
Falls Church, VA 22046-3505
Member, Securities Panel

Ladies and Gentlemen:

Please be advised that the panel of arbitrators has reviewed the Claimant's Request for Modification of Award dated February 8, 2006 and the Respondent's Response dated February 22, 2006.

The arbitrators have denied the request for a modification of the award.

Sincerely,

David L. Carey
:ab