```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------X
SANDEEP DALAL,                      :
         Plaintiff,                 : Index No. 06 CV 1061 (EGS)
   -against-                        :
GOLDMAN SACHS & CO.,                :
         Defendant.                 :
------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  : ss.:
COUNTY OF NEW YORK)

DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 23rd day of October, 2006, he served by Federal Express, overnight delivery, upon the *pro se* defendant, Sandeep Dalal, 2111 Wisconsin Avenue NW, Washington, DC 20007, true copies of the following:

1) Jordan T. Razza's Notice of Appearance;
2) Defendant's Rule 7.1 Certificate;
3) Notice of Motion to Dismiss;
4) Declaration of Jordan Razza with Exhibits; and
5) Memorandum of Law.

_David Liebov_

Sworn to before me this
23rd day of October, 2006.

_Leopoldo Poscablo_
Notary Public

LEOPOLDO M. POSCABLO
Notary Public, State of New York
No. 01PO6038394
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 13, 2010