UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
SANDEEP DALAL, :
:
              Plaintiff, :
     v. :   No.: 06-1061-EGS
:
GOLDMAN, SACHS & CO., :
:
              Defendant. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR *PRO HAC VICE* ADMISSION OF ROBIN D. FESSEL AS COUNSEL FOR DEFENDANT GOLDMAN, SACHS & CO.

    Pursuant to LCvR 83.2(c) and (d) Defendant Goldman, Sachs & Co., through undersigned counsel, hereby respectfully moves the Court for entry of an Order permitting Robin D. Fessel to appear *pro hac vice* in the above captioned matter. Undersigned counsel is the sponsoring member of the Bar of this Court. The required declaration in support of this motion is attached hereto.

                                      Respectfully submitted,

                                        _____
                                        Jordan T. Razza, D.C. Bar No. 489479
                                        Sullivan & Cromwell
                                        1701 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20006-5805
                                        (202) 956-7500 (telephone)
                                        (202) 293-6330 (facsimile)

                                        *Counsel for Goldman, Sachs & Co.*