UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
:
SANDEEP DALAL, :
:
        Plaintiff, :
   v. : No.: 06-1061-EGS
:
GOLDMAN, SACHS & CO., :
:
        Defendant. :
:
---------------------------------x

## DECLARATION OF ROBIN D. FESSEL

1. My full name is Robin D. Fessel. I am a member of the law firm of Sullivan & Cromwell LLP, resident in the firm's New York office.

2. My office address is 125 Broad Street, 27th Floor, New York, New York 10004-2498. My office telephone number is (212) 558-4000.

3. I am a member in good standing and duly licensed to practice law in the state courts of New York and Connecticut. I am also admitted to practice in the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit.

4. I certify that I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to practice before the United States District Court of the District of Columbia in the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar and do not have an application pending to practice in the District of Columbia.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: October 23, 2006

*Robin D. Fessel*
Robin D. Fessel
Sullivan & Cromwell LLP
125 Broad Street, 27th Floor
New York, New York 10004-2498
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)