UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
SANDEEP DALAL,

          Plaintiff,

    v.                      No.: 06-1061-EGS

GOLDMAN, SACHS & CO.,

          Defendant.
------------------------------x

## ORDER

Upon careful consideration of the motion made by Jordan T. Razza, counsel for Defendant Goldman, Sachs & Co., for the *pro hac vice* admission of Robin D. Fessel, the motion is hereby GRANTED.

Robin D. Fessel is hereby admitted to practice before this Court in this case *pro hac vice* as counsel for Defendant Goldman, Sachs & Co. as set forth in Local Rules 83.2(c) and (d).

SO ORDERED.

_____
Date

_____
Judge Emmet G. Sullivan
United States District Court Judge