UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------X

SANDEEP DALAL,                      :

    Plaintiff,                     : Index No. 06 CV 1061 (EGS)

  -against-                         :

GOLDMAN SACHS & CO.,                :

    Defendant.                     :

------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                : ss.:
COUNTY OF NEW YORK)

    DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 23rd day of October, 2006, he served by regular mail, postage prepaid, upon the *pro se* defendant, Sandeep Dalal, 2111 Wisconsin Avenue NW, Washington, DC 20007, true copies of the following:

    1) Motion for Admission Pro Hac Vice;

    2) Declaration of Robin D. Fessel;

    3) (Proposed) Order.

_____
[signature: David Liebov]

Sworn to before me this
23rd day of October, 2006.

_____
Notary Public

RALPH DESROSIERS
Notary Public, State of New York
No. 01DO6104024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 12, 2008