UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SANDEEP DALAL                         :
                Plaintiff,            :
    v.                                :
                                      :   Case No.: 06-1061-EGS
GOLDMAN, SACHS & CO.,                 :
                                      :   Hon. Emmet G. Sullivan
                Defendant.            :
                                      :
                                      :
                                      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**DEFENDANT GOLDMAN, SACHS & CO.'S
AMENDED DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 AND
CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES
OF THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, we the undersigned counsel of record for Defendant Goldman, Sachs & Co. hereby certify that Goldman, Sachs & Co. is a limited partnership at least 99% owned by The Goldman Sachs Group, Inc. (which itself has shares held by the public), and that no other publicly held corporation owns 10% or more of the stock of Goldman, Sachs & Co. Because Defendant Goldman, Sachs & Co. is not a "corporation" (*see* LCvR 7.1), no further certification pursuant to LCvR 7.1 appears to be necessary.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 14, 2006
       New York, New York

| Of Counsel:<br><br>Robin D. Fessel<br>Lisa M. White<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498 | /s/ Jordan Razza<br>Jordan T. Razza<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-5805<br>*Counsel for Goldman, Sachs & Co.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

_____