US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

SANDEEP DALAL : CASE # 06-1061-EGS
Plaintiff, :
2111 Wisconsin Avenue, NW :
Washington, DC 20007 :
(202) 342-1205 :
v. :
GOLDMAN SACHS & CO. :
Defendant, :
C/o SULLIVAN & CROMWELL LLP :
1701 Pennsylvania Avenue, NW :
Washington, DC 20006-5805 :
(202) 956-7500 :

------------------------------------------------------------

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 DEC -7 PM 4: 36

NANCY M.
MAYER-WHITTINGTON
CLERK

## MOTION FOR EXTENSION OF TIME TO FILE
## RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Plaintiff Sandeep Dalal ("Mr. Dalal") seeks an extension of time until today, December 7, 2006 to file his Reply to Defendant's Motion to Dismiss the Complaint, which package he regrettably received on November 27, 2006. **Defendant Goldman Sachs & Co. has consented to Mr. Dalal's request for this extension of time to file this Reply**, via email dated November 27, 2006 (which completes the requirement of LCvR 7(m)).

Mr. Dalal served his Complaint on October 2, 2006 and awaited the issuance of a Scheduling Order from the Court, expecting no more than affirmances and denials from the Defendant. Being out of town, he checked in with the concierge desk at his apartment however, but never learnt of any courier packages until November 27, 2006. He believes that he was not informed of any Fedex delivery possibly because his apartment number was not on the package and it was not specifically slotted for him. He learned of the filing only upon return, when he found a US Mail letter addressed to the Court referencing the filing of motions and other documents, and upon contacting the opposing party, which has kindly resent the materials.

1

Therefore, Mr. Dalal most respectfully requests the Court to grant this Motion, pleading that the (a) absence of a scheduling order at this stage of the litigation and (b) the lack of electronic communication of the filing and lack of ECF password for Mr. Dalal, who is representing himself *pro se*, together acted to put this regrettable delay beyond Mr. Dalal's control.[1]

For the above reasons, Mr. Dalal respectfully pleads for this motion to be granted.

Dated: December 7, 2006

Respectfully Submitted,

*Sandeep Dalal*

BY PLAINTIFF
SANDEEP DALAL
2111 Wisconsin Avenue, NW,
Washington, DC 20007 | (202) 342-1205

---

[1] Mr. Dalal seeks the leave of this Court by also bringing attention to the decision in *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), which required that a pro-se plaintiff be notified of the potential consequences of failing to respond to the defendants' dismissal motion before a decision. Mr. Dalal submits this citation to protect his legal rights in the face of an event beyond his control, not to suggest any unfettered right to time.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of December, 2006, he served a true and correct copy of the foregoing motion for extension of time, in the Civil Action # 06-1061-EGS, as follows:

Clerk's Office
US District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
(202) 354-3000
(By Hand Delivery x1 Chamber's Copy; 1x Clerk's Original)

GOLDMAN SACHS & CO.
C/o Jordan T. Razza
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805
(202) 956-7500
(By Priority US Mail x1 Copy)

/s/ Sandeep Dalal
Signed By
Sandeep Dalal
*Pro Se*
2111 Wisconsin Avenue, NW
Washington, DC 20007
(202) 342-1205