**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDEEP DALAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-1061 (EGS) | |
| v. ) | |
| ) | |
| GOLDMAN SACHS & CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion to dismiss the complaint is **GRANTED in part and DENIED in part without prejudice**; and it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that plaintiff's claims under the Federal Arbitration Act are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that plaintiff shall properly serve defendant no later than July 6, 2007.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**May 7, 2007**