US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------
SANDEEP DALAL
Plaintiff *Pro Se*,
2111 Wisconsin Avenue, NW
Washington, DC 20007
(202) 342-1205
v.
GOLDMAN SACHS & CO.
Defendant,
C/o SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805
(202) 956-7500
-----------------------------------------------------------

: CASE # 06-CV-1061-EGS

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13 AM 8: 11

NANCY M.
MAYER-WHITTINGTON
CLERK

## AFFIDAVIT OF SERVICE BY JULY 6, 2007

I, Sandeep Dalal, hereby declare that on the 3rd day of July, 2007, I mailed a copy of the summons and Complaint, Express Mail, which is set forth by the US Postal Service to be certified mail with signature receipt, to Goldman Sachs & Co. Attached is evidence for the same.

Signatory's Written Name: TBD
Recipient's Name: Lloyd Blankfein
Street Address: 85 Broad Street
City, State & Zip Code: New York, NY 10004
Telephone Number: (202) 902-1000

*Sandeep Dalal*
Respectfully Submitted,

BY PLAINTIFF PRO SE ON JULY 12, 2007
SANDEEP DALAL
2111 Wisconsin Avenue, NW
Washington, DC 20007 | (202) 342-1205

**RECEIVED**

JUL 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

```
FRIENDSHIP POST OFFICE
WASHINGTON, District of Columbia
              20169998
       1050050234-0090
       (202)523-2130    04:56:11 PM
07/03/2007      Sales Receipt
Product         Sale   Unit    Final
Description     Qty    Price   Price

NEW YORK NY 10004
Zone-3 Express Mail                $16.25
PO-Add Flat Rate
5.10 oz.
Label #:   EB303046217US
2nd Day 3PM / Normal
Delivery
                                   =======
Issue PVI:                         $16.25
                                   $12.30
                                   =======
                            2  $6.15
41c Star                           $28.55
Wars Saga
PSA CS/15
Total:                             $28.55
Paid by:
Visa           XXXXXXXXXXXX2600
Account #:     03808B
Approval #:    268
Transaction #:
23 902891811

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*********************************
Bill#: 100100940426
Clerk: 23

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
*********************************
       HELP US SERVE YOU BETTER
*********************************
Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE
*********************************
       YOUR OPINION COUNTS
*********************************
```

EB 303046217 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 20016
Day of Delivery: ☐ Next ☒ 2nd ☐ 2nd Del. Day
Postage: $16.25
Scheduled Date of Delivery: Month 7 Day 5
Return Receipt Fee: $
Date Accepted: Mo. 7 Day 3 Year 07
Scheduled Time of Delivery: ☐ Noon ☒ 3 PM
COD Fee: $
Insurance Fee: $
Time Accepted: 4:13 ☐ AM ☒ PM
Military
Total Postage & Fees: $16.25
Flat Rate ☐ or Weight: 5.10 lbs./ozs.
☐ 2nd Day ☐ 3rd Day
Int'l Alpha Country Code
Acceptance Emp. Initials

FROM: (PLEASE PRINT) PHONE (202) 329-7534
SANDEEP DALAL
2111 WISC. AVE NW
WASHINGTON DC 20007

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE
Customer Copy
Label 11-B, March 2004
**Post Office To Addressee**

DELIVERY (POSTAL USE ONLY)
Delivery Attempt Mo. Day Time ☐ AM ☐ PM Employee Signature
Delivery Attempt Mo. Day Time ☐ AM ☐ PM Employee Signature
Delivery Date Mo. Day Time ☐ AM ☐ PM Employee Signature

JUL -3 2007

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

TO: (PLEASE PRINT) PHONE (202) 902-1000
LLOYD BLANKFEIN
GOLDMAN SACHS & CO.
85 BROAD STREET
NEW YORK NY 10004

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.