US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SANDEEP DALAL  : CASE # 06-CV-1061-EGS
Plaintiff *Pro Se*, :
2111 Wisconsin Avenue, NW :
Washington, DC 20007 :
(202) 342-1205 :
v. :
GOLDMAN SACHS & CO. :
Defendant, :
C/o SULLIVAN & CROMWELL LLP :
1701 Pennsylvania Avenue, NW :
Washington, DC 20006-5805 :
(202) 956-7500 :

---

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUL 13 AM 8: 11
MAYER-WHITTINGTON
CLERK

RECEIVED
JUL 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PRO SE PLAINTIFF MOTION FOR EXTENSION TO TODAY OF THE TIME TO FILE RULE 59 MOTION DISMISSING PART OF COMPLAINT

Plaintiff Sandeep Dalal ("Mr. Dalal") seeks an extension of time until today to file his Rule 59 Motion dismissing part (but not all) of the Complaint, part of which remains before this Court. Defendant Goldman Sachs has been asked for its consent to this motion via email one day earlier but Mr. Dalal does not wish to await a response and shall instead submit that response as soon as obtained (which completes the requirement of LCvR 7(m)).

(1) No party is prejudiced by this request, because the Complaint is still before this Court Even with this Rule 59 Motion, the overall schedule would not be interrupted. For example, in compliance with the schedule set forth by the Order dated May 7, 2007, fresh summons have been issued to Goldman by Mr. Dalal on or before July 6 2007. The schedule and activity of the remaining procedures in this case, including the scheduling motion for a trial, have not yet been issued, and certainly not interrupted.

(2) Mr. Dalal received the Opinion dated on May 7, 2007 in the final week of June and has responded as soon as he possibly could. Also, he has met the July 6 2007 deadline to

1

reissue summons.

(3) Mr. Dalal is representing himself *pro se* and because of his travel obligations to Houston TX relied on the expectation of electronic notification of the Order. For the second time in this litigation, that electronic notification never came. It was sent to Goldman but not to Mr. Dalal (see attached copy of notification form). Previously Mr. Dalal was told that he did not have his email listed but he did provide the same in December 2006, so this time the error should be viewed as an unavoidable and hence excusable neglect.

(4) Being *pro se*, Mr. Dalal cannot but take seriously his obligation to have his post mail forwarded to him, but that proved to be the problem as well. A package of mail was sent to him in Houston TX but he left town before it reached him, and he did not realize the missing mail until recently. All the while, he relied on the expectation of electronic notification and checked post mail for the weeks after.

Finally, Mr. Dalal submits his sincere and serious regret for any inconvenience caused this Court but respectfully pleads for this motion to be granted.[1]

Dated: July 12, 2007

Respectfully Submitted,

*Sandeep Dalal*
BY PLAINTIFF
SANDEEP DALAL
2111 Wisconsin Avenue, NW,
Washington, DC 20007 | (202) 342-1205

---

[1] Mr. Dalal seeks the leave of this Court by also bringing attention to the decision in *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), which required that a pro-se plaintiff be notified of the potential consequences of failing to respond. Mr. Dalal submits this citation to protect his legal rights only.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2007, he served a true and correct copy of the foregoing motion for extension of time, in the Civil Action # 06-CV-1061-EGS, as follows:

Clerk's Office
US District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
(202) 354-3000
(By Hand Delivery x1 Chamber's Copy; 1x Clerk's Original)

GOLDMAN SACHS & CO.
C/o Lloyd Blankfein
85 Broad Street
New York NY 10004
(202) 902-1000
(By US Mail x1 Copy)

C/o Jordan T. Razza
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805
(202) 956-7500
(By US Mail x1 Copy)

/s/ Sandeep Dalal
Signed By
Sandeep Dalal
*Pro Se*
2111 Wisconsin Avenue, NW
Washington, DC 20007
(202) 342-1205