UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
:
SANDEEP DALAL,                 :
                               :
            Plaintiff,         :
                               :
        v.                     :    No.: 06-1061-EGS
                               :
GOLDMAN, SACHS & CO.,          :
                               :
            Defendant.         :
                               :
------------------------------x

## MOTION OF GOLDMAN, SACHS & CO.
## TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that defendant Goldman, Sachs & Co. hereby moves this Court to enter an order dismissing plaintiff's complaint for the reasons more fully set forth in the accompanying memorandum and declaration, which are incorporated by reference. Goldman, Sachs & Co. respectfully requests that this Court enter an order denying plaintiff's motion and dismissing his complaint with prejudice.

Dated: July 24, 2007
       New York, New York

Of Counsel:

Robin D. Fessel
Elizabeth K. Ehrlich
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

_____
Jordan T. Razza
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805

*Counsel for Goldman, Sachs & Co.*