UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------ x
                               :
SANDEEP DALAL                  :
                    Plaintiff, :
          v.                   :   Case No.: 06-1061-EGS
                               :
GOLDMAN, SACHS & CO.,          :
                               :
                    Defendant. :
------------------------------ x


JORDAN T. RAZZA declares:

   1.   I am associated with the law firm of Sullivan & Cromwell LLP and have been admitted to practice before this Court.

   2.   I make this declaration in support of the Motion of Goldman Sachs & Co. to Dismiss the Complaint.

   3.   Attached as Exhibit A is a true and correct copy of an e-mail I received from Sandeep Dalal on June 22, 2007.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: July 24, 2007

_____
Jordan T. Razza