# Exhibit A

**Razza, Jordan T.**

---

**From:** Sandeep Dalal [sandeepdalal@hotmail.com]
**Sent:** Friday, June 22, 2007 6:13 PM
**To:** Razza, Jordan T.
**Subject:** GS v. Dalal

Communication subject to privacy and legal rights customary to party-to-party contact

Ms. Razza:

In the interest of efficiency in the litigation still pending before the District Court, please advise me what method of service would be acceptable to you. This is not a legal question, which I am very familiar with but one designed to accommodate your concerns. 2. As you know, New York Law requires me to deal with counsel already hired, and since this is really an 'appeal,' not an initial case, want to ask if you would waive the requirement of sending this to GS directly but instead to you. I am not sure if you had made the complaint or the judge just volunteered but he seemed to suggest in his opinion that it was improper sending this to you but should have gone to the client. 3. I shall put this in a formal letter too but since the deadline is fast approaching wanted you to have an extra time to think about it.

Sincerely,
Sandeep@post.harvard.edu

--------

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.