UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
SANDEEP DALAL,                                        :
                                                      :
                    Plaintiff,                        :
            v.                                        :   No.: 06-1061-EGS
                                                      :
GOLDMAN, SACHS & CO.,                                 :
                                                      :
                    Defendant.                        :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

<u>NOTICE OF CHANGE IN ADDRESS</u>

Please take notice that Jordan T. Razza has changed her address, telephone and facsimile numbers to:

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-3496 (telephone)
(212) 558-1600 (facsimile)

The email address remains the same.

Dated: August 1, 2007

Respectfully submitted,

_____
Jordan T. Razza
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-3496 (telephone)
(212) 558-1600 (facsimile)
razzaj@sullcrom.com
*Counsel for Goldman, Sachs & Co.*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.
COUNTY OF NEW YORK  )

     David Liebov, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 1st day of August, 2007, he served a true copy of the attached Notice of Change In Address by regular mail, postage pre-paid, addressed to the plaintiff, Sandeep Dalal at 2111 Wisconsin Avenue, NW, #208, Washington, DC 20007.

*David Liebov*

Sworn to before me this
1st day of August, 2007.

*Ralph Desrosiers*
Notary Public

RALPH DESROSIERS
Notary Public, State of New York
No. 01DO6104024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 12, 2008