# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 6, 2007

The Honorable Emmet G. Sullivan,
   United States District Court,
      for the District of Columbia,
         333 Constitution Avenue, N.W.,
           Washington, D.C. 20001.

        Re:   *Dalal v. Goldman, Sachs & Co.*; No. 06-1061-EGS

Your Honor:

      I write on behalf of Goldman, Sachs & Co. in response to plaintiff's motion dated July 12, 2007 for an extension of time to file a motion under Fed. R. Civ. P. 59.[1]

      Although Goldman Sachs does not believe Dalal has set forth good cause for any extension of time, there is no need for the Court to decide that issue because the motion Dalal seeks permission to file would be premature in any event. Fed. R. Civ. P. 59(e) allows for a motion to alter or amend a "judgment," and no judgment has yet been entered. Rather, Dalal seeks to alter or amend the Court's May 7, 2007 Memorandum Opinion, which is not a judgment. *See* Fed. R. Civ. P. 58 (except for certain inapplicable categories of "orders," "[e]very judgment… must be set forth in a separate document"); *see also Johnson v. District of Columbia*, No. 04-0250, 2007 WL 2058735, at *3 (D.D.C. 2007 July 18, 2007) (although the Court had granted motions to dismiss, the Court had "not entered final judgment on any of [plaintiff's] claims… .")

---

[1] Plaintiff filed a certificate of service indicating that he had served his motion by mail on July 12, 2007 on both Goldman Sachs and its counsel. Goldman Sachs, however, did not receive the motion until July 25, 2007, and its counsel still has not received it from Dalal.

Hon. Emmet G. Sullivan                                                                                                          -2-

        Accordingly, plaintiff's motion for additional time should be denied as moot.

Respectfully submitted,

*Robin D. Fessel*

Robin D. Fessel

cc: Sandeep Dalal