UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------x
:
SANDEEP DALAL, :
:
Plaintiff, :
v. : No.: 06-1061-EGS
:
GOLDMAN, SACHS & CO., :
:
Defendant. :
:
------------------------------x

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RULE 59 MOTION**

Goldman, Sachs & Co. ("Goldman Sachs") respectfully submits this memorandum in response to plaintiff's motion dated July 12, 2007 for an extension of time to file a motion under Fed. R. Civ. P. 59.[1]

Although Goldman Sachs does not believe Dalal has set forth good cause for any extension of time, there is no need for the Court to decide that issue because the motion Dalal seeks permission to file would be premature in any event. Fed. R. Civ. P. 59(e) allows for a motion to alter or amend a "judgment," and no judgment has yet been entered. Rather, Dalal seeks to alter or amend the Court's May 7, 2007 Memorandum Opinion, which is not a judgment. *See* Fed. R. Civ. P. 58 (except for certain inapplicable categories of "orders," "[e]very judgment… must be set forth in a separate document");

---

[1] Plaintiff filed a certificate of service indicating that he had served his motion by mail on July 12, 2007 on both Goldman Sachs and its counsel. Goldman Sachs, however, did not receive the motion until July 25, 2007, and its counsel still has not received it from Dalal.

*see also Johnson* v. *District of Columbia*, No. 04-0250, 2007 WL 2058735, at *3 (D.D.C. 2007 July 18, 2007) (although the Court had granted motions to dismiss, the Court had "not entered final judgment on any of [plaintiff's] claims... .")

Accordingly, plaintiff's motion for additional time should be denied as moot.

Dated:  August 7, 2007
        New York, New York

_____
Robin D. Fessel
Elizabeth Ehrlich
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498

*Counsel for Defendant,*
*Goldman, Sachs & Co.*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.
COUNTY OF NEW YORK  )

David Liebov, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 7th day of August, 2007, he served a true copy of the attached Memorandum in Opposition to Plaintiff's Motion for Extension of Time to File Rule 59 Motion, by regular mail, postage pre-paid, addressed to the plaintiff, Sandeep Dalal at 2111 Wisconsin Avenue, NW, #208, Washington, DC 20007.

*/s/ David Liebov*

Sworn to before me this
7th day of August, 2007.

*/s/ Arlene Schaffner*
Notary Public

ARLENE SCHAFFNER
Notary Public, State of New York
No. 4644282
Qualified in New York County
Commission Expires Aug. 31, 2009