UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDEEP DALAL,              )<br>                             )<br>         Plaintiff,          )<br>                             )<br>         v.                  )<br>                             )<br> GOLDMAN SACHS & CO.,        )<br>                             )<br>         Defendant.          )<br>                             ) | Civil Action No. 06-1061 (EGS) |

### ORDER

Pending before the Court is pro se plaintiff's motion for an extension of time to file a motion for reconsideration under Rule 59. Plaintiffs seeks reconsideration of the Court's May 2007 opinion and order. As the Court's May 2007 decision was interlocutory, Rule 59 is inapplicable. Instead, reconsideration of an interlocutory decision remains available under Rule 54(b) and the more flexible standard, "as justice requires." *See Cobell v. Norton*, 224 F.R.D. 266, 272 (D.D.C. 2004). Thus, the Court will construe plaintiff's motion as arising under Rule 54(b). Therefore, it is by the Court hereby

**ORDERED** that plaintiff's motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant shall respond to plaintiff's motion for reconsideration by no later than August 24, 2007.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            August 10, 2007**