UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
                                      :

SANDEEP DALAL,                     :

        Plaintiff,   :
     v.                   :         No.: 06-1061-EGS

GOLDMAN, SACHS & CO.,  :

        Defendant.  :

------------------------------x

      LISA M. WHITE declares:

      1.     I am associated with the law firm of Sullivan & Cromwell LLP.

      2.     I make this declaration in support of Defendant's Memorandum In Opposition To Plaintiff's Rule 54 Motion.

      3.     Attached as Exhibit A is a true and correct copy of a letter dated April 27, 2005 from Robin D. Fessel to David Carey.

      4.     Attached as Exhibit B is a true and correct copy of a letter dated May 12, 2005 from Sandeep Dalal to Robin D. Fessel.

      5.     Attached as Exhibit C is a true and correct copy of a letter dated May 20, 2005 from Robin D. Fessel to David Carey.

      6.     Attached as Exhibit D is a true and correct copy of a letter dated May 23, 2005 from Sandeep Dalal to David Carey.

-2-

7. Attached as Exhibit E is a true and correct copy of a transmittal letter dated June 30, 2005 from David Carey to Sandeep Dalal and Robin D. Fessel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:  August 24, 2007

_____
Lisa M. White

Sworn to before me this
24th day of August, 2007.

_____
Notary Public