**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SANDEEP DALAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-1061 (EGS) | |
| v. ) | |
| ) | |
| GOLDMAN SACHS & CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiff's motion for reconsideration is **DENIED**; and it is

**FURTHER ORDERED** that defendant's motion to dismiss the complaint is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED with prejudice**. This is a final appealable order. See Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
United States District Judge
March 27, 2008**