## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Sandeep Dalal
_____
Plaintiff

vs.                                          Civil Action No. 06-CV-1061-EGS
                                                             _____

Goldman, Sachs & Co.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **24th** day of **April** , 20 **08** , that

Sandeep Dalal

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the **27th** day of **March** , 20 **08**

in favor of **Goldman, Sachs & Co.**

against said **plaintiff (and appellee)**

_____
                                        Attorney or Pro Se Litigant
                                        *PRO SE*

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Jordan T. Razza
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-3496