# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 08-7057** | **September Term 2007** |
| | 1:06-cv-01061-EGS |
| | Filed On: July 24, 2008 [1129623] |

Sandeep Dalal,

    Appellant

    v.

Goldman Sachs & Co., Inc.,

    Appellee

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the Rule 59(e) Motion.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY:    /s/
                               Elizabeth V. Scott
                               Deputy Clerk